UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

HONEYWELL INTERNATIONAL, INC.,
ALPHEUS KAPLAN, NEHEMIAH
DEVELOPMENT COMPANY,

    Defendants.
_____

ALPHEUS KAPLAN and NEHEMIAH
DEVELOPMENT COMPANY,

    Third Party Plaintiffs,

HONEYWELL INTERNATIONAL, INC.,
AMCAL, KIRK L. BRYSON,
GENEVIEVE FULLER, JOHN B.
ALLEN, SR., JANET ALLEN, JOHN
MUNN, ANN MUNN, ELGIN BOWERS,
CAROLYN BOWERS, ASSOCIATED
ENGINEERS AND PLANNERS, INC.,
WARREN NOTEWARE, JAMES
MESSINGER, STEEL BUILDING
SYSTEMS, INC., MYRTLE SALMON,
CHARTER MORTGAGE &
INVESTMENTS, INC., SHELDON
THOMSON, CHARLES C. BRUNER,
ROBERT E. MILLER, MEREDITH
MILLER, JACK BRUSATORI, ROBERT
EARL OLSON, MARTHA WADELL

2:06-CV-0387-MCE-JFM

<u>MEMORANDUM AND ORDER</u>

| | |
|---|---|
| 1 | OLSON, SUMMIT APARTMENTS, WALTER E. HAMILTON, PHYLLIS |
| 2 | STUMPF, |
| 3 |     Third Party Defendants. |

----oo0oo----

This action involves a claim made by the United States under the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9613, for costs incurred in connection with the Central Eureka Mine Superfund Site (the "Site").[1] Third Party Plaintiffs Alpheus Kaplan and Nehemiah Development Company ("Plaintiffs") filed a Third Party Complaint ("Complaint") against various Third Party Defendants seeking a respective proportionate share of the response costs and other costs recoverable by the United States.

In bringing the present motion, Plaintiffs seek leave to amend their Complaint on the ground they discovered three deficiencies that can be cured by amendment. Specifically, they allege 1) some critical properties within the Site were omitted from the properties identified in the Complaint, and their owners were not identified as Third Party Defendants; 2) they failed to name all general partners of a general partnership identified as a responsible party under CERCLA; and 3) they failed to completely identify the Central Eureka Mine Minehead Parcels on which response costs were incurred.

///

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

2

1  Defendant Jack Brusatori filed a Statement of Non-opposition
2  to Plaintiffs' Motion on August 25, 2006.  The remaining
3  Defendants named in Plaintiffs' Complaint have neither opposed
4  Plaintiffs' Motion nor filed a Statement of Non-Opposition which
5  the Court shall construe as itself non-opposition to the Motion.
6  Given Defendants' non-opposition and good cause appearing
7  therefor, Plaintiffs' Motion for Leave to Amend their Complaint
8  is GRANTED.  Plaintiffs have ten (10) days following the date of
9  this Order to file their proposed First Amended Complaint.  To
10 the extent necessary, Defendants shall answer or otherwise
11 respond to said First Amended Third Party Complaint within ten
12 (10) days after its filing and service.
13 IT IS SO ORDERED.
14 DATED: August 31, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE