Daniel F. Reidy - California Bar No. 74941
LAW OFFICES OF DANIEL F. REIDY
3701 Sacramento Street, # 386
San Francisco, CA 94118
Telephone: (415) 750-4210
Facsimile: (415) 750-4214

Attorneys for Defendants and Third-Party
Plaintiffs Alpheus Kaplan and
Nehemiah Development Company

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HONEYWELL INTERNATIONAL, INC., ALPHEUS KAPLAN, NEHEMIAH DEVELOPMENT COMPANY,<br><br>    Defendants<br>_____/<br><br>ALPHEUS KAPLAN AND NEHEMIAH DEVELOPMENT COMPANY,<br><br>    Third-Party Plaintiffs,<br><br>    v.<br><br>HONEYWELL INTERNATIONAL, INC., AMCAL, KIRK L. BRYSON, GENEVIEVE FULLER, JOHN B. ALLEN, SR., JANET ALLEN, JOHN MUNN AND ANN MUNN, | Case No. 2:06-cv-0387- MCE-JFM<br><br>ORDER PERMITTING AN INCREASE IN THE PAGE LIMIT FOR A MEMORANDUM IN SUPPORT OF MOTION SEEKING APPROVAL OF SETTLEMENTS<br><br><br><br>Place: Courtroom 3<br>Judge: Morrison C. England, Jr.<br><br>Pretrial Conference: 3/17/2008<br>Trial Date:        4/23/2008 |

| | |
|---|---|
| 1 | ELGIN BOWERS AND CAROLYN BOWERS, ASSOCIATED ENGINEERS AND |
| 2 | PLANNERS, INC., WARREN NOTEWARE, JAMES MESSINGER, STEEL BUILDING |
| 3 | SYSTEMS, INC., MYRTLE SALMON, CHARTER MORTGAGE & INVESTMENTS, |
| 4 | INC., SHELDON THOMPSON, CHARLES C. BRUNER, ROBERT E. MILLER AND |
| 5 | MEREDITH MILLER, JACK BRUSATORI, ROBERT EARL OLSON AND MARTHA |
| 6 | WADELL OLSON, SUMMIT APARTMENTS, WALTER E, HAMILTON, JEAN HAMILTON, |
| 7 | CHARLES O. ALLEN AND BARBARA E. ALLEN, FRANK HARDY, CHRISTINA SUNG, |
| 8 | THOMAS P. JONES AND JACQUELINE L. JONES, ROBERT BUGNI AND MARGOT |
| 9 | BUGNI, LEO MONSON AND MAURINE MONSON, PHYLLIS STUMPF, |

Third Party Defendants
_____/

Upon review of Third-Party Plaintiffs' Application for Increase in Page Limit for a Memorandum in Support of Motion Seeking Approval of Settlements filed herein on April 11, 2007 and consideration of the reasons stated in the Application for allowing an increase in the page limit for initial moving papers from twenty (20) pages to twenty-five (25) pages in the specific instance of Third-Party Plaintiffs' proposed Motion for an Order approving six (6) settlement agreements with Settling Third-Party Defendants that together represent nineteen (19) of the named Third-Party Defendants, and GOOD CAUSE APPEARING, IT IS ORDERED THAT the Court grants Third-Party Plaintiffs' Application and hereby permits Third-Party Plaintiffs ALPHEUS KAPLAN and NEHEMIAH DEVELOPMENT COMPANY to jointly file a Memorandum in Support of Motion with a page limit of twenty-five (25) pages, exclusive of attachments, seeking approval of six (6) settlement agreements with nineteen (19) Settling Third-Party Defendants on a consolidated basis and a determination that the settlements were made in good faith.

Dated: April 16, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE