| | |
|---|---|
| 1 | Daniel F. Reidy - California Bar No. 74941<br>LAW OFFICES OF DANIEL F. REIDY |
| 2 | 3701 Sacramento Street, # 386<br>San Francisco, CA 94118 |
| 3 | Telephone: (415) 750-4210<br>Facsimile: (415) 750-4214 |
| 4 | |
| 5 | Attorneys for Defendants and Third-Party<br>Plaintiffs Alpheus Kaplan and<br>Nehemiah Development Company |

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 2:06-cv-00387- MCE-JFM |
| | Plaintiff, | |
| | v. | ORDER GRANTING THIRD-PARTY PLAINTIFFS' MOTION FOR APPROVAL OF VOLUNTARY DISMISSALS OF THIRD-PARTY DEFENDANTS SHELDON THOMPSON AND CHARTER MORTGAGE & INVESTMENTS, INC. |
| HONEYWELL INTERNATIONAL, INC., ALPHEUS KAPLAN, NEHEMIAH DEVELOPMENT COMPANY, | | |
| | Defendants | |
| _____/ | | Hearing Date: 11/02/2007<br>Time: 9:00 A.M.<br>Place: Courtroom 3<br>Judge: Morrison C. England, Jr.<br><br>Pretrial Conference: 3/17/2008<br>Trial Date: 4/23/2008 |
| ALPHEUS KAPLAN AND NEHEMIAH DEVELOPMENT COMPANY, | | |
| | Third-Party Plaintiffs, | |
| | v. | |
| HONEYWELL INTERNATIONAL, INC., AMCAL, KIRK L. BRYSON, GENEVIEVE FULLER, JOHN B. ALLEN, SR., JANET ALLEN, JOHN MUNN AND ANN MUNN, | | |

ORDER GRANTING THIRD-PARTY PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSALS OF THIRD-PARTY DEFENDANTS THOMPSON AND CHARTER MORTGAGE     Page - 1 -

| 1  | ELGIN BOWERS AND CAROLYN BOWERS, |
|    | ASSOCIATED ENGINEERS AND |
| 2  | PLANNERS, INC., WARREN NOTEWARE, |
|    | JAMES MESSINGER, STEEL BUILDING |
| 3  | SYSTEMS, INC., MYRTLE SALMON, |
|    | CHARTER MORTGAGE & INVESTMENTS, |
| 4  | INC., SHELDON THOMPSON, CHARLES C. |
|    | BRUNER, ROBERT E. MILLER AND |
| 5  | MEREDITH MILLER, JACK BRUSATORI, |
|    | ROBERT EARL OLSON AND MARTHA |
| 6  | WADELL OLSON, SUMMIT APARTMENTS, |
|    | WALTER E, HAMILTON, JEAN HAMILTON, |
| 7  | CHARLES O. ALLEN AND BARBARA E. |
|    | ALLEN, FRANK HARDY, CHRISTINA SUNG, |
| 8  | THOMAS P. JONES AND JACQUELINE L. |
|    | JONES, ROBERT BUGNI AND MARGOT |
| 9  | BUGNI, LEO MONSON AND MAURINE |
|    | MONSON, PHYLLIS STUMPF, |

Third Party Defendants
_____/

Third-Party Plaintiffs ALPHEUS KAPLAN and NEHEMIAH DEVELOPMENT COMPANY ("collectively "Third-Party Plaintiffs")'s Motion for Court Approval of Voluntary Dismissals of Third-Party Defendants Sheldon Thompson ("Thompson") and Charter Mortgage & Investments, Inc. ("Charter") (the "Motion") was considered by this Court. After considering the moving papers, any responses thereto, and the record as a whole, the Court in applying Fed. R. Civ. Pro. 41(a)(2) and applicable case law finds that Third-Party Defendants Thompson and Charter will not suffer any legal prejudice from their proposed dismissals, since they have stipulated to their dismissals and agreed that this Court may approve their dismissals, and that the other parties remaining in this action will not suffer any legal prejudice from the proposed dismissals of Thompson and Charter. Further, the Court finds that it is not necessary or appropriate to impose reimbursement of attorney's fees and costs as a condition of approving the requested voluntary dismissals, since Third-Party Defendants Thompson and Charter have agreed in writing in the Mutual Release and Settlement Agreement to waive and release Third-Party Plaintiffs from any claim for reimbursement of attorney's fees and costs incurred in defending the claims brought against them in the Third-Party Complaint or otherwise in this action. Third-Party

1 Plaintiffs have stipulated that these voluntary dismissals may be approved with prejudice. Also,
2 the Court finds that approval of the voluntary dismissals of Third-Party Defendants Thompson
3 and Charter will promote judicial efficiency and economy by eliminating the need for a trial on
4 the claims brought against Thompson and Charter for contribution of equitable shares of the
5 response costs incurred by the U.S. EPA in connection with the Site.

6      The matter having been briefed, argued, and submitted for decision, and good cause
7 appearing,

8      IT IS HEREBY ORDERED that the Third-Party Plaintiffs' voluntary dismissals of Third-
9 Party Defendants Sheldon Thompson and Charter Mortgage & Investments, Inc. with prejudice
10 are approved, and IT IS FURTHER ORDERED that Third-Party Defendants Sheldon Thompson
11 and Charter Mortgage & Investments, Inc. are hereby dismissed as parties in this action with
12 prejudice.

Dated: October 31, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE