1  Daniel F. Reidy - California Bar No. 74941
   LAW OFFICES OF DANIEL F. REIDY
2  3701 Sacramento Street, # 386
   San Francisco, CA 94118
3  Telephone: (415) 750-4210
   Facsimile: (415) 750-4214
4
   Attorneys for Defendants and Third-Party
5  Plaintiffs Alpheus Kaplan and
   Nehemiah Development Company
6
   Paul R. Bartleson, CSBN 119273
7  Law Offices of Paul R. Bartleson
   1007 7th Street, Suite 214
8  Sacramento, CA 95814
   Tel. (916) 447-6640
9  Fax (916) 447-7840

10 Attorney for Third Party Defendants
   James L. Messinger, an Individual,
11 Steel Building Systems, Inc.
   and Associated Engineers and Planners, Inc.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC., ALPHEUS KAPLAN, NEHEMIAH DEVELOPMENT COMPANY,<br><br>Defendants<br>_____/<br><br>AND RELATED CROSS-ACTIONS<br>_____/ | Civil Action No. 2:06-cv-00387- MCE-JFM<br><br>ORDER APPROVING SETTLEMENT BETWEEN THIRD-PARTY PLAINTIFFS AND THIRD-PARTY DEFENDANTS JAMES MESSINGER, STEEL BUILDING SYSTEMS, INC. AND ASSOCIATED ENGINEERS AND PLANNERS, INC. AND GOOD FAITH DETERMINATION<br><br>Hearing Date: 11/02/07<br>Time:  9:00 A.M.<br>Place: Courtroom 3<br>Judge: Morrison C. England, Jr.<br><br>Pretrial Conference: 3/17/2008<br>Trial Date:  4/23/2008 |

Third-Party Plaintiffs ALPHEUS KAPLAN and NEHEMIAH DEVELOPMENT COMPANY ("collectively "Third-Party Plaintiffs") and Third-Party Defendants JAMES MESSINGER, STEEL BUILDING SYSTEMS, INC. AND ASSOCIATED ENGINEERS AND PLANNERS, INC. (collectively "the Messinger Parties")'s Joint Motion for Approval of Settlements and Good Faith Determination (the "Motion") was considered by this Court. After considering the moving papers, any responses thereto, the Mutua Rlease and Settlement Agreement, the proposed settlement payment by the Messinger Parties to Third-Party Plaintiffs of Twenty Thousand Dollars ($20,000.00), and the record as a whole, the Court finds that the Mutual Settlement and Release Agreement entered into between the Third-Party Plaintiffs and the Messinger Parties was made in good faith and is fair, reasonable and consistent with the purposes of the Comprehensive Environmental, Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9601 *et seq.*.

The matter having been briefed, argued, and submitted for decision, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED, and IT IS FURTHER ORDERED THAT:

1. Section 6 of the Uniform Comparative Fault Act ("UCFA"), 12 U.L.A. 147 (1996), in pertinent part, is hereby adopted as the federal common law in this case for the purposes of determining the legal effect of the Mutual Settlement and Release Agreement.

2. The Mutual Settlement and Release Agreement is hereby approved pursuant to Section 6 of UCFA and California Code of Civil Procedure section 877.6.

3. The Court further finds and determines that the Third-Party Plaintiffs and the Messinger Parties entered into their settlement agreement in good faith pursuant to California Civil Procedure Code section 877.6.

4. Pursuant to Section 6 of UCFA and California Civil Procedure Code section 877.6, any and all claims for contribution and indemnity against any or all of the Messinger Parties arising out of the facts alleged by Third-Party Plaintiffs in the Third-Party Complaint (as amended), as

further provided for in the settlement agreement (the terms of which are incorporated herein), or otherwise related to or arising in the Action, are barred, regardless of when such claims are asserted and by whom, and regardless of whether the claims are brought pursuant to CERCLA or any other federal or state law.

5. Any and all claims, including direct claims, cross-claims, counter-claims, and third-party claims, alleged, or that could have been alleged, against any or all of the Messinger Parties by any party, including Third-Party Plaintiffs, are hereby dismissed with prejudice.

6. Any and all claims, including direct claims, cross-claims, counter-claims, and third-party claims, alleged, or that could have been alleged, by any of the Messinger Parties against the Third-Party Plaintiffs, are hereby dismissed with prejudice.

7. The nonsettlors' share of liability for contribution pursuant to CERCLA for alleged respective shares of the response costs and other costs Plaintiff United States claimed it incurred with respect to the Central Eureka Mine Superfund Site in Amador County (the "Site") is hereby reduced by the Messinger Parties' proportionate shares of liability in accordance with the "comparative fault" or "proportionate share" rule embodied in UCFA.

8. This Court retains jurisdiction to enforce the Mutual Settlement and Release Agreement.

Dated: November 5, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE