1  Daniel F. Reidy - California Bar No. 74941
   LAW OFFICES OF DANIEL F. REIDY
2  3701 Sacramento Street, # 386
   San Francisco, CA 94118
3  Telephone: (415) 750-4210
   Facsimile: (415) 750-4214
4
   Attorneys for Defendants and Third-Party
5  Plaintiffs Alpheus Kaplan and
   Nehemiah Development Company
6

7

8              UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10
                                        No. 2:06-cv-00387- MCE-JFM
11 UNITED STATES OF AMERICA,

12

13      Plaintiff,

14      v.                              ORDER GRANTING THIRD-PARTY
                                        PLAINTIFFS' MOTION FOR
15                                      APPROVAL OF VOLUNTARY
   HONEYWELL INTERNATIONAL,             DISMISSAL OF THIRD-PARTY
16 INC., ALPHEUS KAPLAN,                DEFENDANT HONEYWELL
   NEHEMIAH DEVELOPMENT                 INTERNATIONAL, INC.
17 COMPANY,

18
                                        Hearing Date: 12/07/2007
19      Defendants                      Time:         9:00 A.M.
                                        Place: Courtroom 3
20 _____/    Judge: Morrison C. England, Jr.

21                                      Pretrial Conference: 3/17/2008
   ALPHEUS KAPLAN AND NEHEMIAH          Trial Date:          4/23/2008
22 DEVELOPMENT COMPANY,

23
        Third-Party Plaintiffs,
24
        v.
25
   HONEYWELL INTERNATIONAL, INC.,
26 AMCAL, KIRK L. BRYSON, GENEVIEVE
   FULLER, JOHN B. ALLEN, SR., JANET
27 ALLEN, JOHN MUNN AND ANN MUNN,

28

[PROPOSED] ORDER GRANTING THIRD-PARTY PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL
OF THIRD-PARTY DEFENDANT HONEYWELL INTERNATIONAL, INC.                  Page - 1 -

| | |
|---|---|
| 1 | ELGIN BOWERS AND CAROLYN BOWERS, ASSOCIATED ENGINEERS AND |
| 2 | PLANNERS, INC., WARREN NOTEWARE, JAMES MESSINGER, STEEL BUILDING |
| 3 | SYSTEMS, INC., MYRTLE SALMON, CHARTER MORTGAGE & INVESTMENTS, |
| 4 | INC., SHELDON THOMPSON, CHARLES C. BRUNER, ROBERT E. MILLER AND |
| 5 | MEREDITH MILLER, JACK BRUSATORI, ROBERT EARL OLSON AND MARTHA |
| 6 | WADELL OLSON, SUMMIT APARTMENTS, WALTER E, HAMILTON, |
| 7 | JEAN HAMILTON, CHARLES O. ALLEN AND BARBARA E. ALLEN, FRANK |
| 8 | HARDY, CHRISTINA SUNG, THOMAS P. JONES AND JACQUELINE L. JONES, |
| 9 | ROBERT BUGNI AND MARGOT BUGNI, LEO MONSON AND MAURINE MONSON, |
| 10 | PHYLLIS STUMPF, |
| 11 |    Third Party Defendants |
| 12 | _____/ |

13    Third-Party Plaintiffs ALPHEUS KAPLAN and NEHEMIAH DEVELOPMENT

14 COMPANY ("collectively "Third-Party Plaintiffs")'s Motion for Court Approval of Voluntary

15 Dismissal of Third-Party Defendant Honeywell International, Inc. ("Honeywell") (the "Motion")

16 was considered by this Court.  After considering the moving papers, any responses thereto, and

17 the record as a whole, the Court in applying Fed. R. Civ. Pro. 41(a)(2) and applicable case law

18 finds that Third-Party Defendant Honeywell will not suffer any legal prejudice from the proposed

19 voluntary dismissal of Honeywell as a Third-Party Defendant, since Honeywell has entered into a

20 Mutual Release Agreement with Third-Party Plaintiffs, and that the other parties remaining in this

21 action will not suffer any legal prejudice from the proposed voluntary dismissal of Honeywell as a

22 Third-Party Defendant.  Further, the Court finds that it is not necessary or appropriate to impose

23 reimbursement of attorney's fees and costs as a condition of approving the requested voluntary

24 dismissal, since Third-Party Defendant Honeywell has agreed in writing in the Mutual Release

25 Agreement to waive and release Third-Party Plaintiffs from any claim for reimbursement of

26 attorney's fees and costs incurred in defending the claims brought against Honeywell in the Third-

27 Party Complaint or otherwise in this action.

28

1  Also, the Court finds that approval of the voluntary dismissal of Third-Party Defendant
2  Honeywell will promote judicial efficiency and economy by eliminating the need for a trial on the
3  claims brought against Honeywell as a Third-Party Defendant for contribution of an equitable
4  share of the response costs incurred by the U.S. EPA in connection with the Site and/or of any
5  portion of the response costs that Third-Party Plaintiffs have agreed to pay to the U.S. EPA.
6      The matter having been briefed, argued, and submitted for decision, and good cause
7  appearing,
8      IT IS HEREBY ORDERED that the Third-Party Plaintiffs' voluntary dismissal of Third-
9  Party Defendant Honeywell International, Inc. as a Third-Party Defendant with prejudice is
10 approved, and IT IS FURTHER ORDERED that Third-Party Defendant Honeywell is hereby
11 dismissed as a Third-Party Defendant in this action with prejudice.

Dated:  November 28, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE