Peter W. Craigie, State Bar No. 99509
Kristen E. Drake, State Bar No. 202827
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783

Attorneys for Third-Party Defendants
AMCAL, KIRK L. BRYSON and
GENEVIEVE FULLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC., ALPHEUS KAPLAN, NEHEMIAH DEVELOPMENT COMPANY,<br><br>Defendants.<br>_____<br><br>ALPHEUS KAPLAN AND NEHEMIAH DEVELOPMENT COMPANY,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC., AMCAL, KIRK L. BRYSON, GENEVIEVE FULLER, JOHN B. ALLEN, SR., JANET ALLEN, JOHN MUNN AND ANN MUNN, ELGIN BOWERS AND CAROLYN BOWERS, ASSOCIATED ENGINEERS AND PLANNERS, INC., WARREN NOTEWARE, JAMES MESSINGER, STEEL BUILDING STSTEMS, INC., MYRTLE SALMON, CHARTER MORTGAGE & INVESTMENTS, INC., SHELDON THOMPSON, CHARLES C. BRUNER, | Civil Action No.: 2:06-cv-00387-MCE-JFM<br><br>**ORDER GRANTING THIRD-PARTY DEFENDANT AMCAL'S, KIRK L. BRYSON'S AND GENEVIEVE FULLER'S MOTION FOR APPROVAL OF SETTLEMENT AND GOOD FAITH DETERMINATION**<br><br>Hearing Date: November 2, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 3<br>Judge: Morrison C. England, Jr.<br><br>Pretrial Conference: March 17, 2008<br>Trial Date: April 23, 2008 |

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

| | |
|---|---|
| ROBERT E. MILLER AND MEREDITH MILLER, JACK BRUSATORI, ROBERT EARL OLSON AND MARTHA WADELL OLSON, SUMMIT APARTMENTS, WALTER E. HAMILTON, PHYLLIS STUMPF, | |
| Third-Party Defendants. | |

The Motion for Approval of Settlement and Good Faith Determination (the "Motion") of Third-Party Defendants AMCAL, KIRK L. BRYSON and GENEVIEVE FULLER was heard by this Court. After considering the moving papers, any responses thereto and the record as a whole, the Court finds that the $10,000.00 settlement payment and the terms set forth in the Mutual Release and Settlement Agreement ("Settlement Agreement"), which is attached as Exhibit "D" to the Declaration of Kirk L. Bryson and which was entered into between Third-Party Plaintiffs and said Third-Party Defendants, was made in good faith and was fair, reasonable and consistent with the purposes of the Comprehensive Environmental, Response, Compensation, and Liability Act ("CERCLA"), 42 USC § 9601, *et seq.*.

The matter having been briefed, argued and submitted for decision, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that:

1. Section 6 of the Uniform Comparative Fault Act ("UCFA"), 12 ULA 147 (1996), in pertinent part, is hereby adopted as the federal common law in this case for the purpose of determining the legal effect of the Settlement Agreement.

2. The Settlement Agreement is hereby approved pursuant to Section 6 of the UCFA and California Code of Civil Procedure section 877.6.

3. The Court finds and determines that the Third-Party Plaintiffs and Third-Party Defendants AmCal, Bryson and Fuller entered into the Settlement Agreement in good faith pursuant to California Code of Civil Procedure section 877.6.

4. Pursuant to Section 6 of UCFA and California Code of Civil Procedure section 877.6, any and all claims for contribution and indemnity against Third-Party Defendants AmCal, Bryson and Fuller arising out of the facts alleged by Third-Party Plaintiffs are barred, regardless of when such claims are asserted and by whom, and regardless of whether the claims are brought pursuant to CERCLA or any other federal or state law.

5. Any and all claims, including direct claims, cross-claims, counter-claims and third-party claims, alleged or that could have been alleged against Third-Party Defendants AmCal, Bryson or Fuller by any party, including Third-Party Plaintiffs, are hereby dismissed with prejudice.

6. Any and all claims, including direct claims, cross-claims, counter-claims and third-party claims, alleged or that could have been alleged by Third-Party Defendants AmCal, Bryson or Fuller against the Third-Party Plaintiffs are hereby dismissed with prejudice.

7. The nonsettlors' share of liability for contribution pursuant to CERCLA for alleged respective shares of response costs and other costs Plaintiff United States claimed it incurred with respect to the Central Eureka Mine Superfund Site is hereby reduced by Third-Party Defendants AmCal's, Bryson's and Fuller's proportionate share of liability in accordance with the "comparative fault" or "proportionate share" rule embodied in UCFA.

8. This Court retains jurisdiction to enforce the Settlement Agreement.

Dated: December 4, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE