1  BRIAN R. CHAVEZ-OCHOA
   CALIFORNIA STATE BAR # 190289
2  ERIC I. GUTIERREZ
   CALIFORNIA STATE BAR # 238726
3  CHAVEZ-OCHOA LAW OFFICES, INC.
   4 JEAN STREET, SUITE 4
4  VALLEY SPRINGS, CALIFORNIA 95252
   (209) 772-3013
5
   Attorneys for Robert Bugni, Margot Bugni,
6  Leo Monson and Maurine Monson

7

8              UNITED STATES DISTRICT COURT FOR THE
                 EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,           ) Civil Action No. 2:06-cv-00387-MCE-JFM
                                       )
11         Plaintiff,                  )
                                       )
12     v.                              )
                                       ) THIRD PARTY DEFENDANTS', ROBERT
13                                     ) BUGNI AND MARGOT BUGNI, LEO
   HONEYWELL INTERNATIONAL,            ) MONSON AND MAURINE MONSON
14 INC., ALPHEUS KAPLAN NEHEMIAH       ) WITHDRAWAL OF OBJECTION TO
   DEVELOPMENT                         ) CONSENT DECREE BETWEEN
15 COMPANY,                            ) PLAINTIFF U.S.A. AND DEFENDANT/
                                       ) THIRD PARTY PLAINTIFF HONEYWELL
16                                     ) INTERNATIONAL, INC.
           Defendants                  )
17                                     )
                                       )
18                                     )
                                       )
19 _____ )
   ALPHEUS KAPLAN AND NEHEMIAH         )
20 DEVELOPMENT COMPANY,                )
                                       )
21         Third-Party Plaintiffs,     )
                                       )
22     v.                              )
                                       )
23 HONEYWELL INTERANTIONAL, INC.,      )
   AMCAL, KIRK L. BRYSON, GENEVIEVE    )
24 FULLER, JOHN B. ALLEN, ST., JANNET  )
   ALLEN, JOHN MUNN AND ANN MUNN,      )
25 ELGIN BOWERS AND CAROLYN            )
   BOWERS, ASSOCIATED ENGINEERS        )
26 AND PLANNERS, INC., WARREN          )
   NOTEWARE, JAMES MESSINGER, STEEL    )
27 BUILDING SYSTEMS, INC., MYRTLE      )
   SALMON, CHARTER MORTGAGE &          )
28

Withdrawal of Objection to Consent Decree                     2:06-cv-00387-MCE-JFM
1

| | |
|---|---|
| INVESTMENTS, INC., SHELDON THOMPSON, CHARLES C. BRUNER, ROBERT E. MILLER AND MEREDITH MILLER, JACK BRUSATORI, ROBERT EARL OLSON AND MARTHA WADELL OLSON, SUMMIT APARTMENTS, WALTER E, HAMILTON, JEAN HAMILTON, CHARLES O. ALLEN AND BARBARA E. ALLEN, FRANK HARDY, CHRISTINA SUNG, THOMAS P. JONES AND JACQUELINE L. JONES, ROBERT BUGNI AND MARGOT BUGNI, LEO MONSON AND MAURINE MONSON, PHYLLIS STUMPF,<br><br>            Third-Party Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

To:  Sue Ellen Wooldridge
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
Katherine Konschnik
Trial Attorney
Environmental Enforcement Section
P.O. Box 7611
Washington, D.C. 20044
Telephone:  (202) 305-0312


McGregor W. Scott
United States Attorney
Eastern District of California
Edmund Brennan
Chief, Civil Division
501 I Street, Suite 10-100
Sacramento, Ca 95814-2322
Telephone:  (916) 554-2700

Attorneys for Plaintiff United States of America

///

///

///

Withdrawal of Objection to Consent Decree                    2:06-cv-00387-MCE-JFM
2

To: Daniel F. Reidy
Law Offices of Daniel F. Reidy
3701 Sacramento Street, #386
San Francisco, CA 94118

Telephone: (415) 750-4210
Attorneys for Defendants and Third-Party
Plaintiffs Alpheus Kaplan and Nehemiah
Development Company

     Third Party Defendants, ROBERT BUGNI AND MARGOT BUGNI, LEO MONSON AND MAURINE MONSON, doing business as M & B ENTERPRISES, hereby **withdraw** their Objection to the Consent Decree between Plaintiff UNITED STATES OF AMERICA and Defendant/Third Party Plaintiff HONEYWELL INTERNATIONAL, INC., which was filed in this matter on December 8, 2006.

     Respectfully submitted,
Signed at Valley Springs, California on
December 13, 2007.

/S/ Brian R. Chavez-Ochoa
Brian R. Chavez-Ochoa
CHAVEZ-OCHOA LAW OFFICES, INC.
Attorneys for Third-Party Defendants
Robert Bugni, Margot Bugni,
Leo Monson and Maurine Monson

///
///
///
///
///
///
///
///

Withdrawal of Objection to Consent Decree    2:06-cv-00387-MCE-JFM
3