UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

HONEYWELL INTERNATIONAL, INC., ET AL.,

        Defendants.

No. 2:06-cv-00387-MCE-JFM

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representations of the attorney for Third-Party Plaintiffs, the Court has determined that this case is settled[1] as to Third-Party Defendant Charles C. Brunner.

In accordance with the provisions of Local Rule 16-160(b), motion documents disposing of the remaining claims of action must be heard not later than May 29, 2008.

///
///
///
///

---

[1] The March 27, 2008 Final Pretrial Conference and April 28, 2008 Bench trial are vacated in light of the settlement.

Failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order.

IT IS SO ORDERED.

Dated: March 26, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE