1  Daniel F. Reidy - California Bar No. 74941
   LAW OFFICES OF DANIEL F. REIDY
2  3701 Sacramento Street, # 386
   San Francisco, CA 94118
3  Telephone: (415) 750-4210
   Facsimile: (415) 750-4214
4
   Attorneys for Defendants and Third-Party
5  Plaintiffs Alpheus Kaplan and
   Nehemiah Development Company
6

7  Paul R. Bartleson, CSBN 119273
   Law Offices of Paul R. Bartleson
8  1007 7th Street, Suite 214
   Sacramento, CA 95814
9  Tel.  (916) 447-6640
   Fax (916) 447-7840
10
   Attorney for Third Party Defendants
11 James L. Messinger, an Individual,
   Steel Building Systems, Inc.
12 and Associated Engineers and Planners, Inc.

13

14                UNITED STATES DISTRICT COURT FOR THE

15                    EASTERN DISTRICT OF CALIFORNIA

16

17 | UNITED STATES OF AMERICA, | No. 2:06-cv-00387- MCE-JFM |
|---|---|
18 | Plaintiff, | ORDER APPROVING SETTLEMENT BETWEEN THIRD-PARTY |
19 | | PLAINTIFFS AND THIRD-PARTY |
   | v. | DEFENDANT CHARLES C. BRUNER |
20 | | AND GOOD FAITH |
   | | DETERMINATION |
21 | HONEYWELL INTERNATIONAL, | |
   | INC., ALPHEUS KAPLAN, | |
22 | NEHEMIAH DEVELOPMENT | |
   | COMPANY, | Hearing Date: May 16, 2008 |
23 | | Time:          9:00 A.M. |
   | | Place: Courtroom 3 |
24 | Defendants | Judge: Morrison C. England, Jr. |
   | _____/ | |
25 | | Pretrial Conference: Off-Calendar |
   | AND RELATED CROSS-ACTIONS | Trial Date:       4/28/2008 |
26 | _____/ | |

27

28

   [PROPOSED] ORDER APPROVING SETTLEMENT BETWEEN THIRD-PARTY PLAINTIFFS AND THIRD-
   PARTY DEFENDANT CHARLES C. BRUNER AND GOOD FAITH DETERMINATION     Page - 1 -

1      Third-Party Plaintiffs ALPHEUS KAPLAN and NEHEMIAH DEVELOPMENT
2  COMPANY ("collectively "Third-Party Plaintiffs") and Third-Party Defendant CHARLES C.
3  BRUNER ("Bruner")'s Joint Motion for Approval of Settlement and Good Faith Determination (the
4  "Motion") was considered by this Court.  After considering the moving papers, any responses thereto,
5  the Mutual Release and Settlement Agreement, the proposed settlement payment by Third-Party
6  Defendant Bruner to Third-Party Plaintiffs of Twenty Thousand Dollars ($20,000.00), and the
7  record as a whole, the Court finds that the Mutual Settlement and Release Agreement entered into
8  between the Third-Party Plaintiffs and Third-Party Defendant Bruner was made in good faith and is
9  fair, reasonable and consistent with the purposes of the Comprehensive Environmental, Response,
10 Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9601 *et seq.*.

11     The matter having been briefed, argued, and submitted for decision, and good cause
12 appearing,

13     IT IS HEREBY ORDERED that the Motion is GRANTED, and IT IS FURTHER
14 ORDERED THAT:

15     1. Section 6 of the Uniform Comparative Fault Act ("UCFA"), 12 U.L.A. 147 (1996), in
16 pertinent part, is hereby adopted as the federal common law in this case for the purposes of
17 determining the legal effect of the Mutual Settlement and Release Agreement.

18     2. The Mutual Settlement and Release Agreement is hereby approved pursuant to Section 6
19 of UCFA and California Code of Civil Procedure section 877.6.

20     3. The Court further finds and determines that the Third-Party Plaintiffs and Third-Party
21 Defendant Bruner Parties entered into their settlement agreement in good faith pursuant to California
22 Civil Procedure Code section 877.6.

23 ///
24 ///
25 ///
26 ///
27
28

     4. Pursuant to Section 6 of UCFA and California Civil Procedure Code section 877.6, any and all claims for contribution and indemnity against Third-Party Defendant Bruner arising out of the facts alleged by Third-Party Plaintiffs in the Third-Party Complaint (as amended), as further provided for in the settlement agreement (the terms of which are incorporated herein), or otherwise related to or arising in the Action, are barred, regardless of when such claims are asserted and by whom, and regardless of whether the claims are brought pursuant to CERCLA or any other federal or state law.

     5. Any and all claims, including direct claims, cross-claims, counter-claims, and third-party claims, alleged, or that could have been alleged, against Third-Party Defendant Bruner by any party, including Third-Party Plaintiffs, are hereby dismissed with prejudice.

     6. Any and all claims, including direct claims, cross-claims, counter-claims, and third-party claims, alleged, or that could have been alleged, by Third-Party Defendant Bruner against the Third-Party Plaintiffs are hereby dismissed with prejudice.

     7. This Court retains jurisdiction to enforce all terms of the Mutual Settlement and Release Agreement between Third-Party Plaintiffs and Third-Party Defendant Bruner, including payment. If no other request is made to extend the Court's retention of jurisdiction in this regard, it shall end automatically and without further notice six (6) months following the date of this Order.

Dated: June 11, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE